**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: _____4-11-18_____

**UNITED HEALTHCARE OF NEW YORK, INC.,**
**ET AL.,**

                 **Plaintiffs,**

     **- against -**

**17-cv-7694 (JGK)**

**ORDER**

**MARIA T. VULLO,**

                 **Defendant.**

**JOHN G. KOELTL, District Judge:**

The defendant is directed to provide the Court with

courtesy copies of all papers filed by all parties in connection

with its motion to dismiss (Docket No. 31) and the plaintiffs'

cross-motion for summary judgment (Docket No. 35).

**SO ORDERED.**

**Dated:**    **New York, New York**
           **April 11, 2018**

                                **John G. Koeltl**
                          **United States District Judge**