

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 27, 2018

By ECF
The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *United Healthcare of New York, Inc., et al. v. Vullo*, 17 Civ. 7694 (JGK)

Dear Judge Koeltl:

      This Office has received the Court's request for the United States of America to submit an amicus brief in the above-captioned case. I write respectfully to request a 30-day extension of the United States' time to submit the brief, from July 9, 2018, to August 8, 2018. The United States requires the additional time in order to adequately consult with the U.S. Department of Health and Human Services and any other appropriate officials regarding the Government's views of the parties' arguments in this action. This is the United States' first request for an extension of time.

      We thank the Court for its consideration.

                              Respectfully submitted,

                              GEOFFREY S. BERMAN
                              United States Attorney for the
                              Southern District of New York

                By:   /s/ Talia Kraemer
                      TALIA KRAEMER
                      Assistant United States Attorney
                      Telephone 212-637-2822
                      Facsimile  212-637-2702
                      E-mail:   talia.kraemer@usdoj.gov