```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────────
UNITEDHEALTHCARE OF NEW YORK, INC.
and OXFORD HEALTH INSURANCE, INC.,

                  Plaintiffs,         17-cv-7694 (JGK)

       - against –                    ORDER

MARIA T. VULLO,

                  Defendant.
─────────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

Pursuant to the Mandate of the Court of Appeals dated September 10, 2020, the parties are directed to submit a joint letter to the Court by September 18, 2020, or separate letters if necessary, with respect to the appropriate Order to be entered at this time as well as their positions with respect to appropriate further proceedings in this case.

**SO ORDERED.**

**Dated:**   New York, New York
            September 11, 2020

                               _____/s/ John G. Koeltl_____
                                       John G. Koeltl
                                United States District Judge