```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――

**UNITEDHEALTHCARE OF NEW YORK, INC. ET AL.,**

        Plaintiff,

   - against -

**MARIA T. VULLO, in her official capacity as Superintendent of Financial Services of the State of New York**

        Defendants.

―――――――――――――――――――――――――――

17 cv 7694 (JGK)

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

    Pursuant to Rule 25(d), the defendant Maria T. Vullo is replaced by Linda A. Lacewell, in her official capacity as Superintendent of Financial Services of the State of New York. The caption of the case is changed accordingly.

**SO ORDERED.**

Dated:   New York, New York
          September 24, 2020          /s/ John G. Koeltl
                                                 John G. Koeltl
                                      United States District Judge